**AEGIS LAW FIRM, PC**
KASHIF HAQUE, State Bar No. 218672
khaque@aegislawfirm.com
SAMUEL A. WONG, State Bar No. 217104
swong@aegislawfirm.com
JESSICA L. CAMPBELL, State Bar No. 280626
jcampbell@aegislawfirm.com
SUREN N. WEERASURIYA, State Bar No. 278521
sweerasuriya@aegislawfirm.com
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251

Attorneys for Plaintiff Susana Valdez, individually,
and on behalf of all others similarly situated.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRWAY INDEPENDENT MORTGAGE CORPORATION, a Texas corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:18-cv-02748-CAB-KSC<br><br>*Assigned for all purposes to:*<br>*Hon. Cathy Ann Bencivengo*<br>*Courtroom: 4C*<br><br>**NOTICE OF MOTION AND MOTION TO REMAND ACTION TO STATE COURT**<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>Date: July 10, 2019 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that on July 19, 2019, or as soon thereafter as the matter may be heard, in Courtroom 4C of the Edward J. Schwartz United States Courthouse located at 221 West Broadway, Suite 4165, San Diego, California, 92101, Plaintiff Susana Valdez will, and hereby does, move for an Order remanding this matter to the San Diego County Superior Court.

Plaintiff brings this Motion under 28 U.S.C. §1447(c), on the ground that the amount in controversy in this case does not exceed $5 million.

This Motion will be based on this Notice of Motion, the attached Memorandum of Points and Authorities, the papers and records on file herein, and on such oral and documentary evidence as may be presented at or before the hearing of the Motion.

Dated: June 14, 2019  **AEGIS LAW FIRM, PC**

By: /s/ Suren N. Weerasuriya
Suren N. Weerasuriya
Attorneys for Plaintiff